```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0079--CV (RRB)
                 "WTR SERVICES LLC V LYNDEN AIR FREIGHT INC"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 04/14/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (190) Other contract actions
                    DAMAGED CARGO CASE
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 04/14/05 receipt # 00125491
          Trial by: Court
```

Parties of Record:                                Counsel of Record:

PLF 1.1            WTR SERVICES LLC                Kevin J. Anderson
                                                   Anderson Law Group
                                                   645 G Street #100 PMB 570
                                                   Anchorage, AK 99501
                                                   907-929-3100
                                                   FAX 907-929-3636

DEF 1.1            LYNDEN AIR FREIGHT INC          Matthew D. Regan
                                                   Holmes Weddle & Barcott
                                                   701 W. 8th Avenue, Suite 700
                                                   Anchorage, AK 99501
                                                   907-274-0666

                                                   Danny T. Morin
                                                   Parker Mills & Patel, LLP
                                                   865 South Figueroa St., Ste 3200
                                                   Los Angeles, CA 90017
                                                   213-622-4441
                                                   FAX 213-522-1444

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0079--CV (RRB)
                "WTR SERVICES LLC V LYNDEN AIR FREIGHT INC"

                          For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 04/14/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (190) Other contract actions
                  DAMAGED CARGO CASE
          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Paid $250.00 on 04/14/05 receipt # 00125491
        Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/14/05 | DEF 1 Notice of Removal from District Court the State of AK case no. 3AN-05-5890CI w/att exh.s |
| 2 - 1 | 04/14/05 | DEF 1 Notice to adverse party of removal to federal court w/att exhs. |
| 3 - 1 | 04/14/05 | DEF 1 Jury Demand. |
| 4 - 1 | 04/14/05 | DEF 1 motion to appear pro hac vice of attorney Danny T. Morin w/att declaration. |
| 5 - 1 | 04/18/05 | RRB Minute Order to Petitioner. Petitioner to file w/i 10 days copies of state court docs and svc list. cc: cnsl D. Morin |
| 6 - 1 | 04/18/05 | DEF 1 Answer to Complaint. |
| 4 - 2 | 04/20/05 | RRB Order granting motion to appear pro hac vice of attorney Danny T. Morin (4-1).  cc: cnsl |
| 7 - 1 | 04/27/05 | PLF 1 Attorney Appearance of K. Anderson. |
| 8 - 1 | 04/28/05 | DEF 1 Response to Order subsequent to removal. |
| 8 - 2 | 04/28/05 | DEF 1 Service List. |
| 9 - 1 | 04/28/05 | DEF 1 Attorney Appearance of Matthew D. Regan. |
| 10 - 1 | 04/29/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 11 - 1 | 05/06/05 | RRB Minute Order no timely 16(b) was filed.  The parties to file a 16(b) report w/in 15 days.  cc: cnsl |
| 12 - 1 | 05/20/05 | PLF 1; DEF 1 S&P Conference Report. |
| 13 - 1 | 05/27/05 | RRB Scheduling and Planning Order setting pretrial ddlns: Original disc 05/26/06; Dispositive mots ddln 06/30/06; 1 day TBC estimate. cc: cnsl |