Kevin J. Anderson, Esq.
ANDERSON LAW GROUP
645 G Street #100, PMB 570
Anchorage, AK  99501
(907) 929-3100 (phone)
(907) 929-3636 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WTR SERVICES, LLC,            ) | |
| )  | |
|        Plaintiff,            ) | |
| )  | Case No. 3:05-CV-0079-TMB |
|    vs.            ) | |
| )  | |
| LYNDEN AIR FREIGHT, INC.,     ) | |
| )  | |
|       Defendant.            ) | |
| _____) | |

**MOTION TO ACCEPT LATE-FILED WITNESS LIST**

COMES NOW the Plaintiff, WTR Services LLC, by and through its counsel, Kevin J. Anderson of Anderson Law Group, 645 G Street #100, PMB 570, Anchorage, AK 99501, and moves this court to accept its late-filed witness list. Pursuant to this court's May 25, 2005 order, plaintiff prepared its witness list for filing on April 17, 2006. Due to counsel's misapprehension about the validity of his bankruptcy court login and password on the district court's new CMS/ECF system, counsel was unable to file the witness list and this motion until completing the district court training and obtaining a new district court password.

Plaintiff's counsel contacted local counsel for the defendant to apprise him of the delay on April 21, 2006. Plaintiff does not believe the defendant has been prejudiced or inconvenience as a result of the delay, since there has been no change in plaintiff's proposed witnesses since plaintiff's preliminary witness list was served. Accordingly, plaintiff moves this court to allow it to file its witness list, albeit late. A proposed order accompanies this motion, and the witness list is also lodged herewith.

DATED this 27th day of April, 2006, at Anchorage, Alaska.

ANDERSON LAW GROUP
Counsel for WTR Services LLC

By:_____
Kevin J. Anderson, Esq.
Alaska Bar No. 8611095