Kevin J. Anderson, Esq.
ANDERSON LAW GROUP
645 G Street #100, PMB 570
Anchorage, AK  99501
(907) 929-3100 (phone)
(907) 929-3636 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WTR SERVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:05-CV-0079-TMB |
| | ) |
| LYNDEN AIR FREIGHT, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING LATE-FILED WITNESS LIST**

On plaintiff's motion to accept its late-filed witness list, this court having considered the motion and the arguments of the parties, and being fully advised in the premises,

IT IS HEREBY ORDERED that the debtor's witness list, filed April 27, 2006, is accepted.

SIGNED AND ORDERED ENTERED this ____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. District Court Judge