Matthew D. Regan
AK Bar No: 9006031
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, AK  99501
(907) 274-0666

Danny T. Morin
SBN:  066915
*Pro Hac Vice*
PARKER MILLS & PATEL, LLP
865 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
(213) 622-4441

Kevin J. Anderson
Anderson Law Group
645 G Street, #100
PMB 570
Anchorage, AK  99501
(907) 929-3100


Attorneys for Plaintiff WTR Services, LLC and
Defendant Lynden Air Freight, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WTR SERVICES, LLC ) | Case No. 3:05-cv-79-(RRB) |
| ) | |
| Plaintiff, ) | |
| ) | **STATUS REPORT** |
| vs. ) | |
| ) | |
| LYNDEN AIR FREIGHT, INC. ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

  COMES NOW the parties, by and through their attorneys of record, and hereby advise the court that the parties have settled the above-captioned matter, and are in the process of drafting a settlement agreement and stipulation to dismiss with prejudice.  It is anticipated that the stipulation for dismissal will be filed within the next 30-45 days.

RESPECTFULLY SUBMITTED this _____ day of June, 2006.

                HOLMES WEDDLE & BARCOTT, PC

By:     s/Matthew D. Regan
      Matthew D. Regan
      Alaska Bar No: 9006031
      Attorneys for Defendant
      LYNDEN AIR FREIGHT, INC.

ANDERSON LAW GROUP

By:     s/Matthew D. Regan signed with
      permission of Kevin J. Anderson
      Kevin J. Anderson
      Alaska Bar No: 8611095
      Attorneys for Plaintiff
      WTR SERVICES, LLC

Certificate of Service

The undersigned hereby certified that
a true and correct copy of the foregoing
was served electronically this ___ day of
June, 2006, on the following:

Kevin J. Anderson, Esq.
Anderson Law Group
645 G Street, #100
PMB 570
Anchorage, AK 99501
kanderson@andersonlawgroup.com

_____
Patty Collins

X:\4689\20067\pld\status rpt.062106.DOC

**Status Report** - 2
*WTR Services, LLC v. Lynden Air Freight, Inc.* Case No. A05-079 CV (RRB)