Kevin J. Anderson, Esq.
ANDERSON LAW GROUP
645 G Street #100, PMB 570
Anchorage, AK 99501
(907) 929-3100 (phone)
(907) 929-3636 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WTR SERVICES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LYNDEN AIR FREIGHT, INC., )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 3:05-CV-0079-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff WTR Services, LLC and defendant Lynden Air Freight, Inc. hereby stipulate and agree to dismiss the above-captioned action, with prejudice. Each party shall bear its own costs and attorney's fees.

DATED this 5th day of September 2006, at Anchorage, Alaska.

```
 1   Holmes, Weddle, & Barcott, P.C.
 2   Counsel for Lynden Air Freight, Inc.
 3
 4
 5
 6   _____
 7   Matthew D. Regan, Esq.
 8   AK Bar No. 9006031
 9
10
11
12
13   Anderson Law Group
14   Counsel for WTR Services, LLC
15
16
17   _____
18   Kevin J. Anderson, Esq.
19   AK Bar No. 8611095
20
```

**ORDER**

IT IS SO ORDERED.

_____
District Court Judge

Stipulation for Dismissal          2
With Prejudice